JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WILLIAM WOFFORD, ) | Case No.  2:19-CV-00792-WBS-DMC |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to December 27 for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested because Plaintiff's counsel is behind schedule due to several other matters that have taken more time than planned.  In addition, Plaintiff's counsel has family traveling from out of state for the upcoming holiday.

**Wofford v. Saul**	**Stipulation and Proposed Order   E.D. Cal. 2:19-cv-00792-WBS-DMC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 22, 2019          JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff


Date: November 22, 2019          MCGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorney for Defendant


                                 ORDER

APPROVED AND SO ORDERED

Dated: December 3, 2019
                                 _____
                                 DENNIS M. COTA
                                 UNITED STATES MAGISTRATE JUDGE

**Wofford v. Saul**          **Stipulation and Proposed Order   E.D. Cal. 2:19-cv-00792-WBS-DMC**