UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

WAYNE WOFFORD,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No. 2:19-CV-0792 WBS DMC

ORDER

----oo0oo----

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On February 26, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

1

1    In accordance with the provisions of 28 U.S.C. §

2  636(b)(1)(C) and Local Rule 304(f), this court has conducted a de

3  novo review of this case.  Having carefully reviewed the entire

4  file, the court finds the findings and recommendations to be

5  supported by the record and by proper analysis.

6    Specifically, the court finds that the Commissioner's

7  decision was based on properly legal standards and supported by

8  substantial evidence in the record as a whole.  See Tacket v.

9  Apfel, 180 F.3d 1094, 1097 (9th Cir. 1999).  In doing so, the

10  court agrees with the magistrate judge's findings, among others,

11  that (1) the administrative law judge ("ALJ") properly determined

12  plaintiff's residual capacity functioning in connection with his

13  visual impairment; (2) plaintiff's ability to work for many years

14  was a proper factor to consider in assessing disability, given

15  the ALJ's recognition of plaintiff's lifetime of visual

16  impairments since age two; (3) plaintiff's Global Assessment of

17  Functioning ("GAF") score in February 2016 did not indicate

18  worsening mental impairments, given the limitation of this

19  assessment and the improvements he showed with counseling; (4)

20  the ALJ did in fact account for Dr. Izzi's opinion that plaintiff

21  was moderately limited in his ability to be supervised; and (5)

22  the ALJ properly discounted the testimony of plaintiff and his

23  mother regarding the severity of his symptoms in light of the

24  objective medical evidence and his daily activities.

25    Accordingly, IT IS HEREBY ORDERED that:

26    1.   The findings and recommendations filed February

27  26, 2021, are adopted in full;

28    2.   Plaintiff's motion for summary judgment (Docket

1   No. 17) is denied;

2          3.   Defendant's cross-motion for summary judgment

3   (Docket No. 18) is granted;

4          4.   The Commissioner's final decision is affirmed; and

5          5.   The Clerk of the Court is directed to enter

6   judgment and close this file.

7   Dated:  April 15, 2021

8   _____

WILLIAM B. SHUBB
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28